UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDRE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-1123 |
| ) | Judge Sharp |
| TERRI L. SMITH-JOHNSON, ) | |
| JEREMY MOSELEY, LAURA THOMAS ) | |
| AND THE METROPOLITAN ) | |
| GOVERNMENT OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Reconsider filed Defendants Mosely and Thomas (Docket No. 45) is hereby GRANTED, as is Defendant Terri L. Smith-Johnson's Motion to Dismiss (Docket No. 47). Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE